# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

HOMA A. ROBERTS and KENNETH ROBERTS,                  **PLAINTIFFS**

VS.                  **CIVIL ACTION NO.: 3:18-cv-00277-DMB-JMV**

ALLIANCE LAUNDRY SYSTEMS, LLC and
CENTRAL LAUNDRY EQUIPMENT, INC.,                  **DEFENDANTS**

## AGREED ORDER

Defendant, Central Laundry Equipment, Inc., by way of *ore tenus* motion, hereby represents that the parties to this action have reached a settlement agreement, and therefore, seeks an extension of time to file a responsive pleading and the state court record on behalf of all Defendants. The Court having been advised that counsel for Plaintiffs does not oppose the requested extension, concludes that Defendant's motion is well-taken, and it is hereby,

ORDERED that all Defendants are granted a 30 day extension of time to file their responsive pleadings and state court records so as to allow the parties to finalize the currently pending settlement agreements.

SO ORDERED, this the 2nd day of January, 2019.

                                                            UNITED STATES MAGISTRATE JUDGE

AGREED TO:

/S/ BO R. BROCK
Bo R. Brock
Attorney for Defendant Central
Laundry Equipment, Inc.

/S/ TAYLOR BUNTIN                  /S/ RYAN ALLEN BURGETT
Taylor Buntin                                    Ryan Allen Burgett
Attorney for Plaintiffs                    Attorney for Defendant Alliance Laundry
                                                     Systems, LLC